UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

OTIS MICHAEL BRIDGEFORTH,

        Plaintiff,

                              ORDER

                              08-CV-6322L

       v.

JOSEPH SWAIN, et al.,

        Defendants.
_____

OTIS MICHAEL BRIDGEFORTH,

        Plaintiff,

       v.                        08-CV-6349L

G. GEORGE, et al.,

        Defendants.
_____

OTIS MICHAEL BRIDGEFORTH,

        Plaintiff,

       v.                        08-CV-6471L

DSP BARTLETT, et al.,

        Defendants.
_____

_____

OTIS MICHAEL BRIDGEFORTH,

       Plaintiff,

     v.         08-CV-6584L

M. BRIDGE, et al.,

       Defendants.
_____

OTIS MICHAEL BRIDGEFORTH,

       Plaintiff,

     v.         09-CV-6162L

LIEUTENANT J. MC KEON, et al.,

       Defendants.
_____

United States Magistrate Judge Jonathan W. Feldman having indicated his intention to recuse himself from these cases, the Orders of Referral entered on:

  08-CV-6322L - Dkt. #8 - entered on February 2, 2009

  08-CV-6349L- Dkt. #8 - entered on February 6, 2009

  08-CV-6471L - Dkt. #13 - entered on April 15, 2009

  08-CV-6584L- Dkt. # 9 - entered on April 1, 2009

  09-CV-6162L - Dkt. #11 - entered on October 28, 2009

are in all respects vacated.

These cases are referred to United States Magistrate Judge Marian W. Payson for all purposes authorized under 28 U.S.C. § 636(b).

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       January 21, 2010.